# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 27, 2022

Lyle W. Cayce
Clerk

———————

No. 22-60440

———————

Nexstar Media, Incorporated, *doing business as* KOIN-TV,

*Petitioner—Cross-Respondent*,

National Association of Broadcast Employees &
Technicians - the Broadcasting & Cable Television
Workers Section of the Communications Workers of
America, AFL-CIO, Local 51 (NABET),

*Petitioner*,

*versus*

National Labor Relations Board,

*Respondent—Cross-Petitioner*.

_____

Petition for Review from an Order of the
National Labor Relations Board
Agency No. 19-CA-248735
Agency No. 19-CA-255180
Agency No. 19-CA-259398
Agency No. 19-CA-262203

_____

Before Clement, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Petitioner's and Intervenor's opposed motion to transfer the petition for review to the Ninth Circuit Court of Appeals is GRANTED.